UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAXMA GREENHOUSES, INC.,

    Plaintiff,

v.      Case No. 3:21-cv-444-MMH-LLL

THOMAS J. VILSACK, Secretary,
United States Department of
Agriculture, et al.,

    Defendants.

## O R D E R

**THIS CAUSE** is before the Court on the Report and Recommendation Denying Motion for Summary Judgment and Granting Defendants' Request to Enter Judgment in Their Favor (Dkt. No. 42; Report), entered by the Honorable Laura Lothman Lambert, United States Magistrate Judge, on July 11, 2022. In the Report, Judge Lambert recommends that Plaintiff's Motion for Summary Judgment and Brief in Support (Dkt. No. 28) be denied; the Clerk be directed to enter judgment in favor of Defendants and against Plaintiff; and the Clerk be further directed to close the file. See Report at 1, 28-29. Neither party has filed objections to the Report, and the time for doing so has now passed.

-1-

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). Pursuant to Rule 72, Federal Rules of Civil Procedure (Rule(s)), the Court "must determine de novo any part of the magistrate judge's disposition that has been properly objected to." See Rule 72(b)(3); see also 28 U.S.C. § 636(b)(1). However, a party waives the right to challenge on appeal any unobjected-to factual and legal conclusions. See 11th Cir. R. 3-1.[1] As such, the Court reviews those portions of the Magistrate Judge's findings to which no objection was filed for plain error and only if necessary, in the interests of justice. See id.; see also Thomas v. Arn, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate [judge's] factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings."); Dupree v. Warden, 715 F.3d 1295, 1304-05 (11th Cir. 2013) (recommending the adoption of what would become 11th Circuit Rule 3-1 so that district courts do not have "to spend significant amounts of time and resources reviewing every issue—whether objected to or not.").

---

[1] The Magistrate Judge properly informed the parties of the time period for objecting and the consequences of failing to do so. See Report at 28 n.14.

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Report and Recommendation Denying Motion for Summary Judgment and Granting Defendants' Request to Enter Judgment in Their Favor (Dkt. No. 42) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Motion for Summary Judgment and Brief in Support (Dkt. No. 28) is **DENIED**.

3. The Clerk of the Court is directed to enter judgment in favor of Defendants Thomas J. Vilsack and Frank M. Wood, and against Plaintiff Jaxma Greenhouses, Inc.

4. The Clerk of Court is further directed to terminate all pending motions and deadlines as moot and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 3rd day of August, 2022.

*Marcia Morales Howard*
**MARCIA MORALES HOWARD**
United States District Judge

-4-

ja

Copies to:

Counsel of Record